**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| THE ESTATE OF TROY WINSLOW, ) by and through its Administrators, ) Jessica M. Adams and Tony L. Winslow; ) JESSICA M. ADAMS, Individually, and ) TONY L. WINSLOW, Individually ) )     Plaintiffs, ) ) v. ) ) TRISTON G. CHAMPAGNIE, ) MATTHEW D. FARLEY, CHARDEEZA ) COLEMAN, BOSTON POLICE ) DEPARTMENT, CITY OF BOSTON, ) COMMONWEALTH OF ) MASSACHUSETTS, ) )     Defendants. ) | Civil Action No. 1:26-cv-10564 |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, defendant City of Boston (the "City") files this Notice of Removal of the above-captioned case from the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts, Suffolk County, to the United States District Court for the District of Massachusetts. In support of this notice of removal, the City states as follows:

**CASE BACKGROUND AND GROUNDS FOR REMOVAL**

1.    On December 5, 2025, Plaintiffs commenced this civil action in the Suffolk Superior Court against Defendants, including the City of Boston, styled as *The Estate of Troy Winslow, by and through its Administrators, Jessica M. Adams and Tony L. Winslow; Jessica M. Adams, Individually, and Tony Winslow, Individually, v. Triston G. Champagnie, Matthew D.*

Page **1** of **3**

*Farley, Chardeeza Coleman, Boston Police Department, City of Boston, and the Commonwealth of Massachusetts,* Civil Action No.: 2584CV03389 (the "State Court Action"). Plaintiffs' complaint asserts nine counts against Defendants.

2.      The City was served with a copy of the complaint on or about January 30, 2026.

3.      Plaintiffs' assert various federal questions giving rise to the original jurisdiction of this Court, under 28 U.S.C., § 1331. Plaintiffs' count VII asserts a federal Section 1983 claim pursuant to 42 U.S.C., § 1983 for unlawful search or seizure against the officer defendants, in their official capacity as Boston Police Officers, agents of the City of Boston and state of Massachusetts. Plaintiffs' count VIII asserts Fourteenth Amendment violations of substantive and procedural due process, right to life. Plaintiffs' count IX asserts Fourteenth Amendment violations of equal protection.

4.      The rest of Plaintiffs' counts assert state tort claims against the various Defendants, including negligence, negligent training and supervision, wrongful death pursuant to G.L. c. 229, § 2, intentional infliction of emotional distress, negligent infliction of emotional distress, and loss of consortium.

5.      As required by 28 U.S.C. § 1446(a), attached as Exhibit 1 is a copy of the process and pleadings served on the City in the State Court Action. This Notice of Removal is filed prior to the expiration of 30 days from the date of service. See, 28 U.S.C. § 1446(b)(1); Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344 (1999).

6.      This Court has federal question subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 as the civil action arises under Chapter 42 of the United State Code, and United States Constitution Amendments Four, and Fourteenth.

7.    Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the State Court Action is pending in Massachusetts.

8.    As of this filing, no return of service has been filed by Plaintiffs showing service on these remaining Defendants.

9.    This Notice of Removal has been served on Plaintiffs' counsel.  A Notice of Filing of Notice of Removal, attached hereto as Exhibit 2, will be filed in the Suffolk Superior Court upon the filing of this Notice of Removal.

**WHEREFORE**, the City hereby removes the above-captioned case from the Superior Court Department of the Trial Court for the Commonwealth of Massachusetts (Suffolk) and requests that further proceedings be conducted in this Court as provided by law.

Date: February 4, 2026

Respectfully submitted,
**Defendant, City of Boston**
By its attorney, Mike Firestone
Corporation Counsel
/s/ Mauricio J. Vaca
Mauricio J. Vaca (BBO#704470)
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4031
mauricio.vaca@boston.gov

## CERTIFICATE OF SERVICE

I, Mauricio J. Vaca, hereby certify that on February 4, 2026, a true and correct copy of this document filed through the ECF system will be sent by email to counsel for the Plaintiffs, at Jessica.Sofio@sofio.law.

/s/ Mauricio J. Vaca
Mauricio J. Vaca (BBO#704470)