## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THE ESTATE OF TROY WINSLOW, by and through its Administrators, Jessica M. Adams and Tony L. Winslow; JESSICA M. ADAMS, Individually, and TONY L. WINSLOW, Individually | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:26-cv-10564-ADB |
| TRISTON G. CHAMPAGNIE, MATTHEW D. FARLEY, CHARDEEZA COLEMAN, BOSTON POLICE DEPARTMENT, CITY OF BOSTON, COMMONWEALTH OF MASSACHUSETTS, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## OFFICER CHARDEZA COLEMAN'S MOTION TO DISMISS

Boston Police Officer Chardeza Coleman ("Officer Coleman" or "Coleman"), pursuant to Fed. R. Civ. P. 12(b)(6), respectfully moves this Court to dismiss each count of the Plaintiff's Complaint alleged against her; Counts I (negligence), III (wrongful death pursuant to M.G.L. c. 229 § 2), IV (intentional infliction of emotional distress), V (negligent infliction of emotional distress), VI (loss of consortium), VII (§1983 4th Amendment seizure), VIII (§1983 14th Amendment Due Process), and IX (§1983 14th Amendment Equal Protection). As grounds therefor, Officer Coleman relies on those reasons contained in the Memorandum of Law filed in support of this motion.

Date: April 1, 2026

                                        Respectfully submitted,

                                        **Officer Chardeza Coleman**

                                        By her attorney,

                                        Michael Firestone
                                        Corporation Counsel

                                        /s/ Adam D. Johnson
                                        Adam D. Johnson (BBO # 679142)
                                        Edward F. Whitesell, Jr. (BBO # 644331)
                                        Mauricio J. Vaca (BBO#704470)
                                        City of Boston Law Department
                                        City Hall, Room 615
                                        Boston, MA 02201
                                        (617) 635-4034
                                        adam.johnson@boston.gov
                                        edward.whitesell@boston.gov
                                        mauricio.vaca@boston.gov

### CERTIFICATE OF SERVICE

I certify that a copy of the above pleading was filed with the ECF System and sent electronically to the registered participants identified on the Notice of Electronic Filing, with paper copies being sent to those indicated as non-registered participants.

                                        /s/ Adam D. Johnson
                                        Adam D. Johnson

### 7.1 Certification

I certify that I conferred with counsel for the Plaintiff on March 31, 2026 in an effort to resolve or narrow the issues raised herein. The parties were unable to narrow the issues.

                                        /s/ Adam Johnson
                                        Adam D. Johnson